UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYDIA DIANA WILLIAMS,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

Case No. C11-918-RSM-BAT

**REPORT AND RECOMMENDATION**

Lydia Diana Williams brought an action seeking review of the denial of her application for disability insurance by the Commissioner of the Social Security Administration. Dkt. 3. The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Dkt. 29.

Upon remand, the Administrative Law Judge will be directed to reevaluate the finding that plaintiff experienced medical improvement effective February 4, 2009; reevaluate Dr. Mitchell's August 2009 opinion; further evaluate plaintiff's ability to stand and walk in an 8-hour workday; obtain the opinion of a medical expert to provide an assessment of plaintiff's orthopedic impairments; and, if warranted by the expanded record, obtain supplemental vocational expert testimony.

Having reviewed the pleadings and the administrative record, the Court recommends the

case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 23rd day of November, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge